**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NEIL ANAND,                  :   No. 669 MAL 2023

             Petitioner      :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the

             v.                       :   Commonwealth Court

                                 :

OFFICE OF ATTORNEY GENERAL,   :

                                 :

            Respondent     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.